Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey  
401 Market Street  
Camden, NJ 08102

                Case No.: 09−12042−GMB  
                Chapter: 13  
                Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Darwin J. Vargas  
124 Hampshire Road  
Sicklerville, NJ 08081−2110

Mary B. Vargas  
aka Mary B. Rivera  
124 Hampshire Road  
Sicklerville, NJ 08081−2110

Social Security No.:  
  xxx−xx−8111

  xxx−xx−2063

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 8, 2011</u>

<u>Gloria M. Burns</u>  
Judge, United States Bankruptcy Court